**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Robert Hardie Tibaut Bowman and Powers L. Bowman v. Molly
Bowman Stephens

Appellate case number:    01-17-00522-CV

Trial court case number:    D-1-GN-13-000636

Trial court:    261st District Court of Travis County

Appellee filed a response to appellant's motion for emergency relief.

The Court requests appellant to file a reply to appellee's response **by noon, Thursday, August 10, 2017.**

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually    ☐ Acting for the Court

Date: August 7, 2017